**No. 10-1272. Logie W. Talley, Petitioner v. Housing Authority of Columbus, Georgia, et al.**

564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4612, ▇

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 402 Fed. Appx. 463.